UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**ENTERED**
OCT - 3 1997
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CIVIL ACTION NO. 2:97-0396

BRIAN K. WRIGHT,

        Defendant.

## JUDGMENT BY DEFAULT

In accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, and upon motion of the plaintiff, judgment by default is hereby entered in favor of the plaintiff and against the defendant for the principal sum of $1,896.79; plus accrued interest as of August 9, 1996, in the amount of $39.46; plus interest after August 9, 1996, to the date of judgment in the amount of 8% per annum; plus administrative collection costs of $8.02; plus interest on the judgment at the legal rate until paid in full.

                                      SAMUEL L. KAY, CLERK OF COURTS

                                      By _____
                                               Deputy Clerk